THE STATE OF WASHINGTON, *Respondent,* v. LAURA
J. GUNWALL, *Defendant,* KENNETH A. BOHAN,
*Appellant.*

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 83-1-00798-9, Daniel T. Kershner, J.,
entered October 30, 1984. *Affirmed* by unpublished opinion

per Coleman, J., concurred in by Scholfield, C.J., and Grosse, J.